THE PEOPLE OF THE STATE OF NEW YORK ex rel. DUNWOODIE GOLF CLUB LAND COMPANY, INC., Appellant, against ARTHUR J. McGREGOR et al., Constituting the Board of Review of the City of Yonkers, et al., Respondents. (2 Proceedings.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DUNWOODIE GOLF CLUB LAND COMPANY, INC., Appellant, against TIMOTHY MURRAY et al., Constituting the Board of Review of the City of Yonkers, et al., Respondents.

Argued November 19, 1945; decided December 6, 1945.

*Newton Millham* for appellant.
*John J. Broderick, Corporation Counsel,* for respondents.

Order affirmed, with costs; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Thacher and Dye, JJ. Taking no part: Medalie, J.